IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:13-cv-23426-FAM

ANDRES GOMEZ,

    Plaintiff,

vs.

CITY OF MIAMI FLORIDA and
LIMOUSINES OF SOUTH FLORIDA, INC.,

    Defendants.
    _____/

## **DEFENDANT, LIMOUSINES OF SOUTH FLORIDA, INC.'S, MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Southern District of Florida Local Rule 7.1.A.3, Defendant, LIMOUSINES OF SOUTH FLORIDA, INC., hereby files its Motion for Extension of Time to Respond to the Plaintiff's Amended Complaint, and in support thereof states as follows:

1. On or about December 12, 2013, service of process was made upon Defendant, LIMOUSINES OF SOUTH FLORIDA, INC., whose response to the Plaintiff's Amended Complaint is due on or before January 2, 2014.

2. The undersigned counsel was recently retained as counsel for Defendant, LIMOUSINES OF SOUTH FLORIDA, INC., and has not yet had an opportunity to adequately investigate the claims and allegations raised in the Plaintiff's Amended Complaint.

3. Also, Defendant, LIMOUSINES OF SOUTH FLORIDA, INC., has attempted to contact counsel for the Plaintiff telephonically and via email in an effort to request an extension of time and explore settlement options. *Please See Attached Exhibit "A."*

4. However, due to the holiday season, the undersigned has been unable to establish contact with counsel for the Plaintiff.

5. For these reasons, Defendant, LIMOUSINES OF SOUTH FLORIDA, INC., seeks a twenty (20) day extension of time to up to and including January 22, 2014, to file its response to the Plaintiff's Amended Complaint.

6. This request for an extension of time is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party to the instant matter.

**WHEREFORE**, Defendant, LIMOUSINES OF SOUTH FLORIDA, INC., respectfully requests this Honorable Court to enter an Order granting an extension of time to respond to the Plaintiff's Amended Complaint up to and including January 22, 2014.

## LOCAL RULE 7.1(a)(3)(B) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. The reasonable efforts made were specifically via the attached emails to counsel for the Plaintiff dated December 27, 2013 and December 30, 2013, respectively. Copies of the emails have

been attached to the instant Motion as Exhibit "A." In addition, the undersigned attempted to contact counsel for the Plaintiff telephonically and left a voice mail on December 27, 2013.

Dated: December 30, 2013

        **POZO-DIAZ & POZO, P.A.**
        Sunset Oaks
        9260 Sunset Drive, Suite 119
        Miami, FL 33173
        Telephone: (305) 412-7360
        Facsimile: (305) 412-7301

        By: /s/       Jaime A. Pozo
        Jaime A. Pozo
        Florida Bar No.: 496561
        jpozo@pdplawyers.com
        Rafael A. Suarez
        Florida Bar No.: 35047
        rsuarez@pdplawyers.com

## CERTIFICATE OF SERVICE

I CERTIFY that on December 30, 2013, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Jaime A. Pozo
        Jaime A. Pozo
        POZO-DIAZ & POZO, P.A.
        Sunset Oaks
        9260 Sunset Drive, Suite 119
        Miami, FL 33173
        Telephone: (305) 412-7360
        Facsimile: (305) 412-7301
        Email: jpozo@pdplawyers.com

CASE NO.: 1:13-cv-23426-FAM
Page 4

## SERVICE LIST

Matthew W. Dietz, Esq.
Law Offices of Matthew W. Dietz, P.L.
2990 Southwest 35th Avenue
Miami, FL 33133
Tel.: (305) 669-2882
Fac.: (305) 442-4181
Email: matthewdietz@usdisabilitylaw.com
Counsel for Plaintiff
**VIA CM/ECF**

Henry Joseph Hunnefeld, Esq.
Miami City Attorney's Office
Miami Riverside Center
444 SW 2nd Avenue, Suite 945
Miami, FL 33130
Tel.: (305) 416-1826
Fac.: (305) 416-1802
Email: HJHunnfeld@ci.miami.fl.us
Counsel for Defendant, City of Miami
**VIA CM/ECF**

# Ralph Suarez

| | |
|---|---|
| From: | Ralph Suarez |
| Sent: | Friday, December 27, 2013 11:58 AM |
| To: | 'matthewdietz@usdisabilitylaw.com' |
| Subject: | Andres Gomez v. City of Miami and Limousines of South Florida |

Mr. Dietz:

I hope this email finds you enjoying the holidays. My firm has been retained to represent Limousines of South Florida in the above-referenced matter. I called your office today and left a message for you but figured I would follow up with a brief message.

As we were just brought onboard, we would appreciate an extension of time in which to respond to your Complaint. I see on the calendar that a response will be due on 01/02/14, however, if you could grant us a courtesy for 20 additional days, we would certainly appreciate it.

This will enable us to communicate with the client and gather all pertinent documents and information to formulate an adequate response to the Complaint. This will also allow us to evaluate the case and facilitate settlement discussions with you.

Once you have an opportunity to review this email, please advise if you are agreeable to an extension up to and including January 22, 2014, so that we can enter an order regarding same. Otherwise, please let me know if you have any objections and/or suggestions.

Thanks again and Happy New Year.

**Ralph A. Suarez, Esq.**
Pozo-Diaz & Pozo, P.A.
9260 Sunset Drive, Suite 119
Miami, FL 33173
Tel.: (305)412-7360
Fax: (305)412-7301
rsuarez@pdplawyers.com



EXHIBIT "A"

1

# Ralph Suarez

| | |
|---|---|
| **From:** | Ralph Suarez |
| **Sent:** | Monday, December 30, 2013 11:53 AM |
| **To:** | 'matthewdietz@usdisabilitylaw.com' |
| **Subject:** | FW: Andres Gomez v. City of Miami and Limousines of South Florida |

Mr. Dietz:

Hope all is well. This email is in follow up to the message below from last week. Once you have an opportunity to review, please advise if you are agreeable to the extension requested.

Thanks again.

**Ralph A. Suarez, Esq.**
Pozo-Diaz & Pozo, P.A.
9260 Sunset Drive, Suite 119
Miami, FL 33173
Tel.: (305)412-7360
Fax: (305)412-7301
rsuarez@pdplawyers.com

---

**From:** Ralph Suarez
**Sent:** Friday, December 27, 2013 11:58 AM
**To:** 'matthewdietz@usdisabilitylaw.com'
**Subject:** Andres Gomez v. City of Miami and Limousines of South Florida

Mr. Dietz:

I hope this email finds you enjoying the holidays. My firm has been retained to represent Limousines of South Florida in the above-referenced matter. I called your office today and left a message for you but figured I would follow up with a brief message.

As we were just brought onboard, we would appreciate an extension of time in which to respond to your Complaint. I see on the calendar that a response will be due on 01/02/14, however, if you could grant us a courtesy for 20 additional days, we would certainly appreciate it.

This will enable us to communicate with the client and gather all pertinent documents and information to formulate an adequate response to the Complaint. This will also allow us to evaluate the case and facilitate settlement discussions with you.

Once you have an opportunity to review this email, please advise if you are agreeable to an extension up to and including January 22, 2014, so that we can enter an order regarding same. Otherwise, please let me know if you have any objections and/or suggestions.

Thanks again and Happy New Year.

**Ralph A. Suarez, Esq.**
Pozo-Diaz & Pozo, P.A.
9260 Sunset Drive, Suite 119
Miami, FL 33173
Tel.: (305)412-7360
Fax: (305)412-7301

1