UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 13-23426-CIV-MORENO

ANDRES GOMEZ,

    Plaintiff,

vs.

CITY OF MIAMI, FLORIDA and LIMOUSINES
OF SOUTH FLORIDA, INC.,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL AND
## ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon a *sua sponte* review of the record. Plaintiff was required to file its witness and exhibit lists by **April 2, 2014**. As of the date of this Order, Plaintiff has not complied with the Court's Scheduling Order. It is

**ADJUDGED** that this action is DISMISSED for failure to comply with the Court's Scheduling order.  It is also

**ADJUDGED** that all pending motions in this case are DENIED as moot with leave to refile if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this 7th day of April, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record